ROBERT E. WALKER et al., as Executors of ELISHA WALKER, Deceased, Respondents, v. JAMES R. CARR et al., Defendants. CLUB CAR, INC., Applicant, Appellant, v. SHERIFF OF THE CITY OF NEW YORK, Respondent. Order unanimously affirmed, with $20 costs and disbursements to plaintiffs-respondents, and the stay contained in the order of this court entered December 6, 1950, vacated. No opinion. Present — Peck, P. J., Dore Callahan, Van Voorhis and Shientag, JJ.

(January 11, 1951.)

DENIHAN ENTERPRISES, INC., v. WILLIAM O'DWYER et al., Constituting the Board of Estimate of the City of New York, et al. Motion for leave to appeal to the Court of Appeals granted and defendants-respondents' time to serve their answer to the amended complaint herein is hereby extended until twenty days after the decision by the Court of Appeals on said appeal. Settle order on notice. Present — Peck, P. J., Glennon, Callahan, Van Voorhis and Shientag, JJ. [See 277 App. Div. 407.]

(January 16, 1951.)

CAYMEX CORPORATION, Respondent, v. WILHELM E. H. BIESTERFELD, Individually and Doing Business under the Name of W. BIESTERFELD & Co., Defendant, and BANK DEUTSCHER LAENDER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ.

SIDNEY HEIM et al., Plaintiffs, v. LANGWELL ASSOCIATES, INC., et al., Defendants. MORRIS MORGENSTERN, Appellant; DAVID E. FRANKENSTEIN, as Receiver, Respondent.— Order unanimously modified by reducing the allowance to the attorney for the receiver herein, as and for his fees as such attorney, to the sum of $1,250, inclusive of all his disbursements, and by surcharging the receiver with the amount of the agent's commission and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Dore, Callahan, Van Voorhis and Shientag, JJ. [See post, p. 684.]